IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01646-PAB

DETH RORDSALEE,

     Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility, and
GEORGE VALDEZ, Field Office Director, Denver Field Office, United States
Immigration and Customs Enforcement,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 18] of Judge Philip A. Brimmer entered on June 30, 2026, it is

**ORDERED** that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is denied as moot and this action is dismissed without prejudice for lack of jurisdiction.  It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this <u>30th</u> day of June, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By: <u>s/ Robert R. Keech</u>
     Robert R. Keech,
     Deputy Clerk